NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,**
*Appellant*

**v.**

**AMAZON.COM, INC., AMAZON WEB SERVICES, LLC,**
*Appellees*

---

2017-1441

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01528.

---

**JUDGMENT**

---

STEPHEN SCHREINER, Goodwin Procter LLP, Washington, DC, argued for appellant. Also represented by WILLIAM M. JAY, JENNIFER A. ALBERT, ADEEL HAROON, CE LI; DAVID ZIMMER, DOUGLAS J. KLINE, Boston, MA.

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellees. Also represented by

JEREMY ANGUS ANAPOL, BRENTON R. BABCOCK, JOSEPH S. CIANFRANI; COLIN B. HEIDEMAN, Seattle, WA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 13, 2018 | /s/ Peter R. Marksteiner |
|:-:|:--|
| Date | Peter R. Marksteiner |
| | Clerk of Court |